IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON L. LAWSON,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 09-1538<br>) |
| GARY BURNS, ETC.,<br>ET AL.,<br>    Defendants. | )<br>)<br>) |

ORDER

AND NOW this 20th day of November, 2009, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_/s/_____

cc: All parties of record